UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. HIRSCH and RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL, Inc., <br><br> Defendants. | Civil Acton No. 05-cv-10902-DPW |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Matthew E. Miller of the law firm of Foley Hoag LLP as counsel of record for defendants Michael Lamensdorf and Kathy Lamensdorf in the above-captioned matter.

        Respectfully submitted,

        MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.C., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

        By their attorneys,


        */s/ Matthew E. Miller*
        Brandon F. White, BBO# 525020
        Matthew E. Miller, BBO# 655544
        FOLEY HOAG, LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000

        OF COUNSEL:
        ABEL, BAND, RUSSELL, COLLIER, PITCHFORD & GORDON, CHARTERED
        Michael S. Taaffe (Fla. Bar No. 490318)
        240 South Pineapple Avenue
        Sarasota, Florida 34230-6948
        (941) 366-6660
        (941) 366-3999 (fax)

Dated: May 10, 2005