UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. HIRSCH and RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc., and ZHL, Inc.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL, Inc.,<br><br>  Defendants. | CIVIL ACTION NO. 0510902-DPW |
| OPHNET, INC., a Massachusetts corporation, JOHN A. HIRSCH and RONALD W. ZOLLA, individually and as shareholders of ZHL, Inc., a Massachusetts corporation, and KENNETH CRAM,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL LAMENSDORF, individually and as a shareholder of ZHL, Inc., MICHAEL LAMENSDORF, M.D., P.C., a Florida professional corporation; BAYOU JENNKAY,INC., a Florida corporation, KATHY LAMENSDORF, individually and as an officer of Bayou JennKay, Inc., and ZHL, INC., a Massachusetts corporation,<br><br>  Defendants. | CIVIL ACTION NO. 05-10970-DPW |

**CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

Defendants, Dr. Michael Lamensdorf, Michael Lamensdorf, M.D., P.A., Bayou JennKay, Inc., and Kathy Lamensdorf , and their counsel, hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of this litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 5, 2005

MICHAEL LAMENSDORF, MICHAEL LAMENSDORF, M.D., P.A., BAYOU JENNKAY, INC., and KATHY LAMENSDORF

By their attorneys,

*/s/ Ian J. McLoughlin*
Brandon F. White, BBO# 525020
Ian J. McLoughlin, BBO# 647203
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

OF COUNSEL:
ABEL, BAND, RUSSELL, COLLIER, PITCHFORD & GORDON, CHARTERED
Michael S. Taaffe
Joseph Tsombinidas
240 South Pineapple Avenue
Sarasota, Florida  34230-6948
(941)  366-6660
(941)  366-3999 (fax)

## CERTIFICATION

I, the undersigned authorized representative of the defendants, hereby certify that I have had discussions with my attorneys with a view towards establishing a budget for the costs of conducting various courses of this litigation.  We also have discussed and considered the resolution of this litigation through the use of appropriate alternative dispute resolution program.

*/s/ Michael Lamensdorf*             */s/ Kathy Lamensdorf*