UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN A. HIRSCH AND RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc. and ZHL, Inc. | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action |
| v. | ) | No. 05-10902-DPW |
| | ) | |
| MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL., INC., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**SECOND AFFIDAVIT OF JOHN A. HIRSCH
IN SUPPORT OF MOTION TO REMAND**

1.      I, John A. Hirsch, am one of the plaintiffs in this matter. I make this

affidavit to respond to certain representations which I understand that the defendants

(collectively, "the Lamensdorfs") have made in pleadings filed with this Court. I make

this affidavit of my own personal knowledge.

2.      The Lamensdorfs have pointed out that at various times Mr. Zolla and I

have filed pleadings in the Massachusetts State Court in which ZHL's address is given as

17 Hawkes Street, Marblehead, Massachusetts. In fact, that is where ZHL's corporate

headquarters is located. That is the address to which any legal or other similar

communications should appropriately be addressed, and that is the reason why

Marblehead was given as ZHL's principal place of business. As far as actually

transacting business (in the sense of making and spending money) is concerned, however,

ZHL's principle (and indeed exclusive) place of business is in Florida. I attach hereto as

Exhibit A a true and accurate copy of ZHL's filing with the Massachusetts Secretary of

State. That form contains the following entry:

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**

No. and Street: <u>2821 PROCTOR RD</u>
City or Town: <u>SARASOTA</u>          State: <u>FL</u>          Zip: <u>34231</u>          Country: <u>USA</u>

3.      In addition, I attach hereto as <u>Exhibit B</u> at copy of ZHL's 2003 Annual

Report, filed on March 4, 2004. That Annual Report also acknowledges that ZHL was

organized "wholly to do business outside Massachusetts" and gives as the location of its

office the ASC on Proctor Road in Sarasota.

4.      I also understand that the Lamensdorfs' filings have put forward the claim

that there have been no doctors operating in the surgery center since Dr. Lamensdorf

pulled his cases in May, 2002. That is completely inaccurate. Several doctors have

performed surgeries at the facility since Dr. Lamensdorf left. Indeed, Dr. Lamensdorf

knows perfectly well that other doctors have used the facility in 2003, 2004, and 2005.

Attached hereto as <u>Exhibit C</u> is a true and accurate copy of excerpts from Dr.

Lamensdorf's deposition (which I attended) in which he acknowledged as much. I would

add that in my opinion the primary reason that the surgery center is vacant today is the

pending sale of the facility. The prospective purchaser, Global Surgical Partners, is

acting on behalf of a group of approximately 15-20 Sarasota area physicians. It is my

understanding that the surgeons will own the facility and that Global will manage it for

the surgeons under contract. It is obviously in the physicians' interest to pay the lowest

possible price for the ASC, and I believe that they understand that bringing their cases to

the ASC would at this point be contrary to their long-term interest.

2

5.    I am also aware that some of the Lamensdorfs' submissions could be construed as averring that the ASC has no current business operations or employees. That is simply false. The ASC currently has two part-time employees: Kasia Rossi, who acts as the facility's Risk Manager, and Leslie Hendricks, who performs various administrative functions. Ms. Hendricks works three (3) days a week at the ASC and Ms. Rossi works on an as-needed basis. Ms. Hendricks pays ZHL's bills as they are incurred, and performs other necessary work including filling out the paperwork required by various government authorities and third-party payors. Currently, the ASC remains licensed by the state of Florida and certified by Medicare. It is also accredited by numerous insurance companies and third-party payors. I am aware that the prospective buyers are willing to pay a premium for the ASC over and above the value of the land and buildings precisely because the ASC is a going concern.

6.    In short, the Lamensdorfs' suggestion that the ASC is moribund because Dr. Lamensdorf is not there to perform surgeries is simply false. As the Court is no doubt aware by now, Mr. Zolla and I are and have been for some time effectively subsidizing ZHL's operations through substantial infusions of capital and shareholder loans. I can assure the Court that Mr. Zolla and I have not been paying Ms. Hendricks and Ms. Rossi money to sit around and do nothing.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11th DAY OF JULY, 2005.


/s/ John A. Hirsch
John A. Hirsch

3

# EXHIBIT A



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## *ZHL, INCORPORATED* Summary Screen

[?] Help with this form

| Request a Certificate |
|---|

**The exact name of the Domestic Profit Corporation:** ZHL, INCORPORATED

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043443526

**Old Federal Employer Identification Number (Old FEIN):** 000637340

**Date of Organization in Massachusetts:** 11/24/1998

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:    17 HAWKES ST.
City or Town:    MARBLEHEAD        State: MA      Zip: 01945      Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:    2821 PROCTOR RD
City or Town:    SARASOTA        State: FL      Zip: 34231      Country: USA

**The name and address of the Registered Agent:**
Name:    JOHN A. HIRSCH, PH.D.
No. and Street:    17 HAWKES STREET
City or Town:    MARBLEHEAD        State: MA      Zip: 01945      Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name First, Middle. Last, Suffix | Address (no PO Box) Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JOHN A. HIRSCH PH D. | 20 SCHOONER RIDGE, MARBLEHEAD. MA 01945 USA | |
| TREASURER | ANUSIA HIRSCH | 20 SCHOONER RIDGE, MARBLEHEAD, MA 01945 USA | |
| SECRETARY | JOHN A. HIRSCH | 17 HAWKES ST , MARBLEHEAD, MA USA | |

| DIRECTOR | JOHN A HIRSCH PH D | 20 SCHOONER RIDGE, MARBLEHEAD, MA 01945 USA | indefinite |
|---|---|---|---|

**business entity stock is publicly traded:** ___

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | |
| CWP | $1.00000 | 1,200 | $1,200.00 | 0 |
| CNP | $1.00000 | 1,000 | $1,000.00 | 966 |

___ Consent ___ Manufacturer ___ Confidential Data ___ Does Not Require Annual Report

**X** Partnership ___ Resident Agent **X** For Profit ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival
```

| View Filings | New Search |
|---|---|

| Comments |
|---|
| |

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

?
Help

EXHIBIT B

MA SOC    Filing Number: 200465340950    Date: 03/04/2004



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

| Special Instructions |
| --- |
|  |

## Annual Report 2003
## (General Laws, Chapter 156B)

**Federal Identification Number:** 043443526

---

**1. The exact name of the coporation is:**    ZHL, INCORPORATED

---

**2a. Location of its principal office in Massachusetts:**

**No. and Street:**    17 HAWKES ST.

**City or Town:**    MARBLEHEAD          **State:** MA    **Zip:** 01945          **Country:** USA

---

**2b. NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:**

**No. and Street:**    2821 PROCTOR RD

**City or Town:**    SARASOTA          **State:** FL    **Zip:** 34231          **Country:** USA

---

**3. Name and address of the Resident Agent, if any:**

**Name:**

**No. and Street:**

**City or Town:**          **State:**    **Zip:**          **Country:**

---

**4. Date of the end of the last fiscal year was:** 12/31/2003

---

**5. Check here if the corporation stock is publicly traded:**

---

**6. The capital stock of each class as of the end of its last fiscal year was:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization of Amendments | | Total Issued and Outstanding |
| --- | --- | --- | --- | --- |
|  |  | Num of Shares | Total Par Value | Num of Shares |
| CNP | $1.00 | 1,000 | $1,000.00 | 966 |
| CWP | $1.00 | 1,200 | $1,200.00 | 0 |

**7. State the names and addresses of the officers and of all the directors of the corporation, and the date on which the term of office of each expires:**
*(A president, treasurer, clerk, and at least one director are required.)*

| | | |
|---|---|---|
| **Title:** TREASURER | | **Expiration of Term:** |
| **First Name:** ANUSIA | **Middle Name:** | **Last Name:** HIRSCH |
| **Residential Address:** 20 SCHOONER RIDGE, | | |
| **City:** MARBLEHEAD | **State:** MA | **Zip:** 01945 |
| **Country:** USA | | |
| | | |
| **Title:** CLERK | | **Expiration of Term:** |
| **First Name:** JOHN | **Middle Name:** A. | **Last Name:** HIRSCH |
| **Residential Address:** 17 HAWKES ST., | | |
| **City:** MARBLEHEAD | **State:** MA | **Zip:** |
| **Country:** USA | | |
| | | |
| **Title:** DIRECTOR | | **Expiration of Term:** indefinite |
| **First Name:** JOHN | **Middle Name:** A. | **Last Name:** HIRSCH |
| **Residential Address:** 20 SCHOONER RIDGE, | | |
| **City:** MARBLEHEAD | **State:** MA | **Zip:** 01945 |
| **Country:** USA | | |
| | | |
| **Title:** PRESIDENT | | **Expiration of Term:** |
| **First Name:** JOHN | **Middle Name:** A. | **Last Name:** HIRSCH |
| **Residential Address:** 20 SCHOONER RIDGE, | | |
| **City:** MARBLEHEAD | **State:** MA | **Zip:** 01945 |
| **Country:** USA | | |

I, the ANUSIA HIRSCH the undersigned , of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 4 Day of March, 2004.

© 2001 Secretary of the Commonwealth of Massachusetts
All Rights Reserved

EXHIBIT C

322

COMMONWEALTH OF MASSACHUSETTS

ESSEX, s.s.                          SUPERIOR COURT
                                     CIVIL ACTION NO. B 2 0419

- - - - - - - - - - - - - - - - - -
OPHNET, INC., a Massachusetts        )
Corporation, and JOHN A. HIRSCH      )
and RONALD W. ZOLLA, Individually    )
and as Shareholders of ZHL, INC.,    )
a Massachusetts Corporation, and     )
KENNETH CRAM,                        )
                                     )        DEPOSITION OF
              Plaintiffs,            )
                                     )      MICHAEL LAMENSDORF
vs.                                  )
                                     )         VOLUME IV
MICHAEL LAMENSDORF, Individually     )
and as a Shareholder of ZHL, INC.;   )
MICHAEL LAMENSDORF, M.D., P.C., a    )
Florida Professional Corporation;    )       COPY
BAYOU JENNKAY, INC., a Florida       )
Corporation; and KATHY LAMENSDORF,   )
Individually and as an officer of    )
Bayou JennKay, Inc.; and ZHL, INC.,  )
a Massachusetts Corporation,         )
                                     )
              Defendants.            )
- - - - - - - - - - - - - - - - - -


              TAKEN BY:  THE PLAINTIFFS HEREIN

              BEFORE:    Laurie J. Cheffy
                         Court Reporter
                         Notary Public
                         State of Florida at Large

              PLACE:     Abel, Band, Russell, Collier,
                         Pitchford & Gordon, Chartered
                         240 South Pineapple Avenue
                         Ninth Floor
                         Sarasota, Florida  34236

              DATE:      March 1, 2005
                         Commencing at 1:20 p.m.

              (Appearances on Page 2)

393

1      Q.     Since you have pulled your cases from the

2    surgery center, you are aware that other doctors have

3    operated there, correct?

4      A.     Hearsay.

5      Q.     Regardless of where you found out, you're

6    aware that other doctors have operated there, correct?

7      A.     I'm aware that your employee, Dr. Winkle,

8    operated there.  I'm aware that -- I believe Dr. Ehrlich

9    operated there once, and I heard a rumor that he said it

10   was the worst experience of his life.  I heard something

11   that he had to go take the rest of the day off or get a

12   massage or something like that.

13              I heard a rumor that Dr. Adler, I've

14   forgotten what his first name is, operated there but I

15   have no way of knowing one way or the other.

16     Q.     Did you ever speak to Dr. Winkle about his

17   experiences operating at the Lantz?

18     A.     I felt and have been informed that --

19   Excuse me.  I was informed by my attorney that I should

20   not discuss the business of the Lantz with anyone who

21   was not a party.  Therefore, the only person that I

22   discussed the Lantz with was either my wife, who was a

23   party, or my attorney.  Dr. Winkle, it would have been

24   inappropriate to discuss it and I did not discuss it

25   with him.