UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. HIRSCH AND RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc. and ZHL, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL, INC.,<br><br>Defendants. | Civil Action<br>No. 05-10902-DPW |

## PLAINTIFF'S CERTIFICATE UNDER LOCAL RULE 16.1(D)(3)

Plaintiffs, ZHL, Inc., John A. Hirsch and Ronald W. Zolla, and their counsel, hereby certify, pursuant to Local Rule 16.1.(D)(3), that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

2. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

JOHN A. HIRSCH, RONALD W. ZOLLA,
and ZHL, INC.

By their Attorneys,

/s/ Edward Foye
J. Owen Todd (BBO # 499480)
Edward Foye (BBO #562375)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109

Dated: July 11, 2005                    617-720-2626

## CERTIFICATION

We hereby certify that we have had discussions with our attorneys with a view towards establishing a budget for the costs of conducting various courses of this litigation. We also have discussed and considered the resolution of this litigation through the use of appropriate alternative dispute resolution programs.

John Hirsch (on behalf of ZHL, Inc.)         John A. Hirsch

Ronald W. Zolla