UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN HIRSCH ET AL,
   Plaintiff,

v.                         CIVIL ACTION
                               NO.05-10902-DPW

MICHAEL LAMENSDORF ET AL
   Defendant

## ORDER FOR REMAND

WOODLOCK, District Judge

   In accordance with this Court's Allowance of the Motion to Remand to State Court [8], it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Superior Court of the Commonwealth of Massachusetts, Essex County for further proceedings.

                                                  BY THE COURT,

                                                  /s/ Michelle Rynne

                                                  Deputy Clerk

DATED: July 14, 2005