FILED
Clerk's Office
USDC, Mass.
Date 7/12/05
By mr
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN A. HIRSCH and RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc., and ZHL, Inc.

Plaintiffs,

v.

MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL, Inc.,

Defendants.

Civil Action No. 05-10902-DPW



FILING FEE PAID:
RECEIPT # 65546
AMOUNT $ 50.00
BY DPTY CLK
DATE 7/12/05

## MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL S. TAAFFE

Pursuant to Local Rule 83.5.3 of this Court, Matthew E. Miller, a member of the Bar of this Court who is an attorney with the firm of Foley Hoag, LLP, moves for the admission to the Bar of this Court, *pro hac vice*, of Michael S. Taaffe, a partner of the firm of Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota Florida. As grounds for this Motion, the undersigned counsel respectfully represents the following:

1. Mr. Taaffe is and has been a member in good standing of the Bar of the State of Florida.

2. No disciplinary proceedings or criminal charges have even been instituted against Mr. Taaffe, nor are any disciplinary proceedings pending against Mr. Taaffe as a member of the Bar in any jurisdiction.

3. Mr. Taaffe is familiar with the facts and circumstances of this case.

4.   Mr. Taaffe is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   The Affidavit of Michael S. Taaffe in support of this motion is attached hereto as Exhibit "A".

WHEREFORE, the undersigned counsel respectfully moves Mr. Taaffe's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

MICHAEL LAMENSDORF and KATHY LAMENSDORF

By their attorneys,

Brandon F. White, BBO# 525020
Ian J. McLoughlin, BBO# 647203
Matthew E. Miller, BBO# 655544
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: July 12, 2005

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The parties have met and conferred in a good faith attempt to resolve or narrow the issues presented by this motion, in compliance with Local Rule 7.1(A)(2).

Matthew E. Miller

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN A. HIRSCH and RONALD W. ZOLLA, Individually and as officers, directors, and shareholders of ZHL, Inc., and ZHL, Inc.

      Plaintiffs,

v.

MICHAEL LAMENSDORF and KATHY LAMENSDORF, Individually and as shareholders of ZHL, Inc.,

      Defendants.

Civil Action No. 05-10902-DPW

### AFFIDAVIT OF MICHAEL S. TAAFFE, ESQ. IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, MICHAEL S. TAAFE, Esq., hereby declare as follows:

1.    I am and have been a member in good standing of the Bar of the State of Florida.

2.    I am a partner at Abel, Band, Russell, Collier, Pitchford & Gordon, Chartered, of Sarasota, Florida, and am counsel to Michael Lamensdorf, individually and as a shareholder of ZHL, Inc., and Kathy Lamensdorf, individually and as a shareholder of ZHL, Inc, Defendants in this case. I am familiar with the facts and circumstances of the case.

3.    No disciplinary proceedings or criminal charges have ever been instituted against me, nor are any disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4.    I promise to uphold the high standards of the Bar in this case.

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts

B3063021.1

- 2 -

Signed under penalty of perjury.

Dated: July 12, 2005.

_____
MICHAEL S. TAAFE

COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS.                                                                July 12, 2005

Then personally before me the above named MICHAEL S. TAAFE, proved to me through satisfactory evidence of identification, which was *driver's license*, to be the person whose name is signed on the foregoing instrument, and acknowledged to me that he signed it voluntary for its stated purpose.

_____
Notary Public
My commission expires: 11.15.07