

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO: | RE:
--- | ---
Essex Superior Court | CIVIL ACTION #. __05-10902__
34 Federal St. | 
Salem, Ma 01970 | CRIMINAL #. _____

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on __7/14/05__ by the Honorable __Judge Woodlock__.

    The following documents are included in our file and transmitted herewith:

    ( x )    Certified copy of the docket entries; 3-24 & 26

    (   )    Certified copy of the transferral order;

    ( X )    Original documents numbered __1, 2, 25__

    (   )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

    Respectfully,

    SARAH THORNTON
    CLERK OF COURT

Date: __7/17/05__    By: __/s/ Richard Nici__
    Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

    By: _____
    Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)